Tribunal. Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, del Toro y Aldrey. Abogado del apelante: *Sr. Nemesio R. Canales.* Abogado del apelado: *Sr. José A. Poventud.* En este caso se ha presentado una petición de reconsideración y se ha celebrado nueva vista, y la opinión emitida en mayo 24, 1912 se publicará junta con la opinión que emitirá el tribunal en su día con motivo de la petición de reconsideración.

---

No. 867. QUEVEDO *v.* AMERICAN TRADING COMPANY.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación. Resuelto en mayo 24, 1912. Denegada la moción. Abogado del apelante: *Sr. Felipe Casalduc.* Abogado del apelado: *Sr. José Benet.*

---

No. 821. JORDÁN *v.* JIMÉNEZ ET AL.—Apelación procedente de la Corte de Distrito de Humacao. Resuelto en mayo 28, 1912. Confirmada la sentencia apelada. Abogados del apelante: *Sres. López Landrón y Rincón.* Abogado de los apelados: *Sr. Manuel Tous Soto.*

---

No. 314. EX PARTE GREGORY.—Solicitud de la National Surety Company para dar por terminada la fianza notarial prestada a favor del Notario Juan Gregory Ramos. Resuelto en mayo 28, 1912. Mandamiento expedido requiriéndole para que preste nueva fianza. La National Surety Company compareció en nombre propio.

---

No. 53. EX PARTE PICORNELL.—Solicitud de la National Surety Company para dar por terminada la fianza prestada a favor del Notario Salvador Picornell. Resuelto en mayo 28, 1912. Mandamiento expedido requiriendo al Notario para que preste nueva fianza.